■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY GOODSON, Appellant.—Judgments, Supreme Court, New York County (William McCooe, J., at separate trials and sentence, and at *Mapp* hearing on the gun possession indictment; Berkman, J., on *Mapp* motion on the gun possession indictment; and Peter McQuillan, J., at initial and supplemental *Huntley* hearings on the robbery indictment), both rendered on June 23, 1983 (indictments Nos. 4321/82 and 4322/82), unanimously affirmed. Appellant's motion for reargument of this court's order entered on May 30, 1985, which denied leave to file a *pro se* supplemental brief, is denied. No opinion. Concur—Murphy, P. J., Asch, Kassal, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KELVIN ARRINGTON and KEVIN GASKINS, Respondents.—Order, Supreme Court, New York County (Shirley Levittan, J.), entered on December 2, 1983, unanimously affirmed, and appeal from the order of said court entered on September 26, 1983 dismissed as subsumed in the appeal from the order entered on December 2, 1983. No opinion. Concur—Kupferman, J. P., Ross, Carro, Fein and Milonas, JJ.